UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MYMY TRAN, )<br>)<br>   Plaintiff )<br>)<br>   v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>   Defendant ) | Civil No.   06-10-P-S<br>Crim. No. 03-112-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 10) filed June 1, 2006, on each docket number, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that defendant's 28 U.S.C. §2255 motion for relief (Docket No. 1) is DENIED.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

Dated this 21st day of June, 2006.